Submitted on record and briefs April 2, reversed and remanded May 19, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN PETE AGUIRRE,
*Appellant.*

(97028178C4; CA A98888)

982 P2d 1140

David E. Groom, Public Defender, and Steven V. Humber, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for numerous drug-related crimes, arguing that the trial court erred in failing to determine whether he was eligible for court-appointed counsel, in failing to inform him of the dangers of self-representation, and in requiring him to represent himself at trial. The state concedes that the trial court's failure to advise defendant of the dangers of self-representation requires reversal of his convictions. *See generally State v. Meyrick*, 313 Or 125, 831 P2d 666 (1992). We agree that the record does not show that defendant knowingly and intelligently waived his right to counsel. In fact, the record reflects that defendant did not wish to represent himself at trial. We therefore accept the state's concession of error.

Reversed and remanded.